**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Doron Davidov,

    Plaintiff,

v.

Alejandro Mayorkas, United States Secretary of Homeland Security; UR Mendoza Jaddou, Director of U.S. Citizenship and Immigration Services; Michael Valverde, Associate Director of Field Operations Directorate of U.S.C.I.S.; Lola K. Parocua, Las Vegas Field Office Director of U.S.C.I.S.; and J. L. Root, Adjudication Officer for Las Vegas Field Office of U.S.C.I.S.,

    Defendants.

Case No. 2:22-cv-00392-JCM-NJK

**ORDER GRANTING**
**Stipulation to Extend Time to Answer or Otherwise Plead**

The parties, by and through their respective counsel, hereby stipulate and agree that the Federal Defendants' deadline to answer or otherwise plead in response to Plaintiff's complaint, currently due May 23, 2022, should be extended 60 days until July 22, 2022. This stipulation is based on the following:

1. On March 2, 2022, Plaintiff filed his Complaint (ECF No. 1), requesting, among other things, that the Court "enter an order compelling the defendants to perform the duties owed to Plaintiff in connection with adjudicating his" I-485 application for adjustment of status (ECF No. 1 at 4).

2. The deadline for the Federal Defendants to answer or otherwise plead is May 23, 2022.

3. Since the filing of Plaintiff's complaint, the United States Citizenship and Immigration Services ("USCIS") has issued a notice of intent to deny Plaintiff's application.

4. Plaintiff now has the opportunity to submit additional evidence and address any issues with USCIS's decision.

5. Under existing protocols, the time for Plaintiff to so respond to USCIS's notice of intent to deny has been enlarged.

6. Following Plaintiff's response, USCIS can fully adjudicate Plaintiff's I-485 application.

7. USCIS's adjudication of Plaintiff's I-485 application may result in resolution of some or all of the issues raised in the complaint.

8. Accordingly, the parties stipulate and agree that the time for Federal Defendants to answer or otherwise respond to Plaintiff's complaint should be extended to allow the parties to attempt to resolve this case without the Court's intervention.

9. If the parties are able to resolve this matter prior to the new deadline to respond to Plaintiff's complaint, the parties will promptly file a stipulation of dismissal.

//

//

//

//

//

//

10. Otherwise, Federal Defendants will file an answer or other responsive pleading on or before July 22, 2022.

Respectfully submitted this 23rd day of May 2022.

| | |
|---|---|
| LAW OFFICES OF ANTHONY D. GUENTHER, ESQ. | JASON M. FRIERSON<br>United States Attorney |
| /s/   *Anthony D. Guenter*<br>ANTHONY D. GUENTHER, ESQ<br>1900 S. Maryland Parkway<br>Las Vegas, Nevada 89104<br>*Attorney for Plaintiff* | /s/ *Skyler H. Pearson*<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
Nancy J. Koppe
United States Magistrate Judge

Dated: May 24, 2022