Anthony D. Guenther, Esq. (SBN# 5651)
Law Offices Of Anthony D. Guenther, Esq.
721 S. 6th Street
Las Vegas, Nevada 89101
Telephone: (702) 589-5170
Email:  adg@adguentherlaw.com
*Attorneys for plaintiff Doron Davidov*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DORON DAVIDOV,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>ALEJANDRO MAYORKAS, UNITED STATES SECRETARY of HOMELAND SECURITY*; et a*l.,<br><br>　　　　　Defendants. | CASE NO.:   2:22-CV-00392-JCM-NJK<br><br>**STIPULATION OF DISMISSAL** |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Doron Davidov and the United States of America, on behalf of the Federal Defendants, by and through undersigned counsel, hereby stipulate to dismissal of the Complaint, without prejudice, in the above-captioned matter, with each party to bear their own costs and fees.

　　　　Respectfully submitted this   19th   day of October, 2022.

Law Office Of Anthony D. Guenther, Esq.　　　JASON M. FRIERSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

 /s/ Anthony D. Guenther　　　　　　　　　　　　 /s/ Skyler H. Pearson
Anthony D. Guenther, Esq.　　　　　　　　　　　Skyler H. Pearson, Esq.
721 S. 6th Street　　　　　　　　　　　　　　　　　Assistant United States Attorney
Las Vegas, Nevada 89101　　　　　　　　　　　　*Attorneys for the United States*
*Attorneys for plaintiff Doron Davidov*

　　　　　　　　　　　　　　　　　**IT IS SO ORDERED:**

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**U.S. DISTRICT JUDGE**

　　　　　　　　　　　　　　　　　**DATED:**  October 31, 2022